**Marvin O. BELT, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Ga., Appellee.**

No. 11380.

Circuit Court of Appeals, Fifth Circuit.

Nov. 6, 1945.

Marvin O. Belt, in pro. per.

M. Neil Andrews, U. S. Atty., of Atlanta, Ga., for appellee.

Before SIBLEY, McCORD, and WALLER, Circuit Judges.

WALLER, Circuit Judge.

The judgment of the Court below, 60 F. Supp. 463, is affirmed for the reasons stated in Newton v. Sanford, Warden, 5 Cir., 151 F.2d 718.

Affirmed.

**Ulrich R. BRASCHE, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Ga., Appellee.**

No. 11381.

Circuit Court of Appeals, Fifth Circuit.

Nov. 9, 1945.

Geo. G. Finch, of Atlanta, Ga., and Ulrich R. Brasche, in pro. per.

M. Neil Andrews, U. S. Atty., and F. Douglas King, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON, McCORD, and WALLER, Circuit Judges.

WALLER, Circuit Judge.

The judgment of the Court below is affirmed for the reasons stated in Newton v. Sanford, Warden, 5 Cir., 151 F.2d 718.

Affirmed.